# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**IVAN KING, et al**                                                                                              **PLAINTIFFS**

**V.**                                         **5:08-CV-00167-WRW**

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS, et al.**                                                                          **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 28th day of August, 2008

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE